NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                Case No. 2:24-mj-5-1

Ruben Melendez

TAKE NOTICE that the above-entitled case is scheduled for Tuesday, February 6, 2024 at 1:00 p.m., in Burlington, Vermont, before the Honorable Kevin J. Doyle, Magistrate Judge, for a Preliminary Hearing or Arraignment.

Location: Burlington – 410 Courtroom

JEFFREY S. EATON, Clerk
By: */s/ H. Beth Cota*
Deputy Clerk
1/17/2024

TO:

Jonathan Ophardt, AUSA
Jason M. Turner, AUSA

Mark D. Oettinger, Esq.